872

No. 379. FARMERS BANK ET AL. v. BICKENBACH, TRUSTEE. October 20, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. Mr. Lawrence B. Stringer for petitioners. Mr. William L. Patton for respondent.

No. 383. STANDARD OIL CO. v. PENNSYLVANIA RAILROAD CO. October 20, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. Messrs. L. L. Stephens, Frederick E. Brown, John R. Cochran, and Thomas Williamson for petitioner. Messrs. Frederic D. McKenney, John S. Flannery, and G. Bowdoin Craighill for respondent.

No. 385. KAMINSKI v. CHICAGO, MILWAUKEE, ST. PAUL & PACIFIC R. CO. October 20, 1930. Petition for writ of certiorari to the Supreme Court of Minnesota denied. Mr. Frederick M. Miner for petitioner. Messrs. O. W. Dynes, F. W. Root, and A. C. Erdall for respondent.

No. 386. CHEVROLET MOTOR CO. v. GLADDING. October 20, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. Mr. William H. Hudgins for petitioner. No. appearance for respondent.

No. 388. ERIE RAILROAD CO. v. FIRTH. October 20, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. Mr. George S. Hobart for petitioner. Mr. William J. Kraft for respondent.